IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENNIS FLOWERS and RICHARD ELLIN, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALL GEORGIA TOWING, LLC and KENNETH NEIL<br><br>    Defendants. | Civil Action File No:<br>1:16-cv-03124-LMM |

## ORDER

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement are the product of arm's length bargaining of qualified counsel and are fair, adequate and reasonable. The Court **GRANTS** the Joint Motion for Review and Approval of the Parties' Settlement Agreement. This Court hereby approves the parties settlement, dismisses Plaintiffs' claims, with prejudice, and directs the Clerk to close this case.

SO ORDERED, this 24th day of April, 2017.

*[signature]*

The Honorable Leigh Martin May
Chief Judge - United States District Court